**Dismissed and Opinion Filed August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00836-CR
No. 05-14-00837-CR
No. 05-14-00838-CR

**MATTHEW LOUIS REESE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-00306-P, F13-60347-P, F13-00723-P**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Fillmore and Evans
Opinion by Chief Justice Wright

Matthew Louis Reese pleaded guilty to aggravated assault involving serious bodily injury, sexual assault of a child, and aggravated sexual assault of a child with a deadly weapon. Pursuant to plea agreements, the trial court assessed punishment at twenty years' imprisonment on the aggravated assault and sexual assault of a child convictions and fifty-five years' imprisonment and a $5,000 fine on the aggravated sexual assault of a child conviction. The trial court certified the cases involve plea bargains and appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeals for want of jurisdiction.


                                        /Carolyn Wright/
                                        CAROLYN WRIGHT
                                        CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140836F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MATTHEW LOUIS REESE, Appellant

No. 05-14-00836-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-00306-P.
Opinion delivered by Chief Justice Wright,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 7, 2014



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MATTHEW LOUIS REESE, Appellant

No. 05-14-00837-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-60347-P.
Opinion delivered by Chief Justice Wright,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered August 7, 2014



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MATTHEW LOUIS REESE, Appellant

No. 05-14-00838-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas

Trial Court Cause No. F13-00723-P.

Opinion delivered by Chief Justice Wright, Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 7, 2014